U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 15 2018

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 6:18-cr-00055-01 |
| VERSUS | JUDGE DRELL |
| ALBERTO RODRIGUEZ-PEREZ | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the defendant's waiver of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Alberto Rodriguez-Perez, is ACCEPTED and he is fully adjudged guilty of the offense charged in Count One of the indictment, consistent with the report and recommendation.

Signed at Alexandria, Louisiana, on this _14th_ day of May, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE